735 A.2d 706

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Ronald OSTER, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.

Decided Sept. 9, 1999.

Joseph C. Masdenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., for Com.

James J. Karl, Chief Public Defender, for Ronald Oster.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated May 12, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.